UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES PRESTRIDGE,

Plaintiff

v.

BRIAN WILLIAMS, *et al.*,

Defendants

Case No. 2:20-cv-00061-APG-BNW

**ORDER**

**I. DISCUSSION**

On January 13, 2020, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 3 at 2). On February 18, 2020, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate from the NDOC yet. (ECF No. 4 at 1). The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee within forty-five (45) days of this order.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 4) is granted.

IT IS FURTHER ORDERED that, within **forty-five (45) days** of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

///

///

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: February 20, 2020

_____
UNITED STATES MAGISTRATE JUDGE