1   AARON D. FORD
      Attorney General
2   AUSTIN T. BARNUM (Bar No. 15174)
      Deputy Attorney General
3   State of Nevada
    Office of the Attorney General
4   555 E. Washington Ave., Ste. 3900
    Las Vegas, Nevada 89101
5   (702) 486-0661(phone)
    (702) 486-3773 (fax)
6   Email: abarnum@ag.nv.gov

7   *Attorneys for Defendants*

8

9

10                  **UNITED STATES DISTRICT COURT**

11                        **DISTRICT OF NEVADA**

12   James Prestridge,                    Case No. 2:20-cv-00061-APG-BNW

13                 Plaintiff,          **STIPULATION AND ORDER TO**
                                       **DISMISS WITH PREJUDICE**
14    v.

15   Dr. Bryant, et al.,

16                 Defendants.

17          IT IS HEREBY STIPULATED by and between Defendants, by

18   and through counsel, Aaron D. Ford, Nevada Attorney General, and Austin T. Barnum,

19   Deputy Attorney General, and Plaintiff, James Prestridge, *pro se*, under Rule

20   41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be

21   dismissed with prejudice, with each party bearing their own attorney's fees and costs.

22

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    The Parties have resolved this matter in its entirety and agree that the Court may

2   accordingly close the case, with prejudice.  Any outstanding deadlines are considered moot.

3   DATED this 18th day of March, 2022.          DATED this 21st day of March, 2022

4                                                 AARON D. FORD
                                                  Attorney General
5

6                                                 By: /s/Austin T. Barnum

7   JAMES PRESTRIDGE, #32207                          AUSTIN T. BARNUM, (Bar No. 15174)
    Plaintiff, *Pro Se*                               Deputy Attorney General
8                                                     *Attorneys for Defendants*

9

10                             **ORDER**

11       **IT IS SO ORDERED**. This matter is **DISMISSED WITH PREJUDICE** and

12   the Clerk is directed to close the case.

13                                 DATED _____March 22_____, 2022.

14

15

16                                 _____
                                   **UNITED STATES DISTRICT JUDGE**

17

18

19

20

21

22

23

24

25

26

27

28